Form 158

# UNITED STATES BANKRUPTCY COURT

Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 10−80506

IN THE MATTER OF:
Ronald Eugene McCorkle    xxx−xx−1483
aka Ron McCorkle
Linda Kay McCorkle    xxx−xx−1237
aka Linda Kay Moore
aka Linda Kay Specht
aka Linda McCorkle
5506 Old Noble Road
Cedar Grove, NC 27231

  Debtor(s)

## SHOW CAUSE ORDER AND NOTICE OF HEARING

A reaffirmation agreement between the debtor(s) and US Bank regarding a 2006 Dodge Ram vehicle having been filed with the court on June 18, 2010, and it appearing that such reaffirmation agreement was not filed with the court within 60 days after the first date set for the § 341 meeting of creditors as required by Bankruptcy Rule 4008(a), it is hereby ORDERED that the debtor(s) and their attorney appear on **Thursday, July 8, 2010 at 09:30 AM** in the following location:

Courtroom – Venable Center
Dibrell Building – Suite 280
302 East Pettigrew Street
Durham NC 27701

and show cause why such reaffirmation agreement should not be stricken as a result of the failure to comply with Bankruptcy Rule 4008(a).

Date: 6/21/10

William L. Stocks
United States Bankruptcy Judge

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.