UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE: )
)
Ronald Eugene McCorkle and ) Case No. 10-80506C-7D
Linda Kay McCorkle, )
)
      Debtors. )
)

## ORDER

This case came before the court on July 8, 2010, pursuant to a show cause order directing the Debtors to show cause why the reaffirmation agreement between the Debtors and US Bank should not be stricken as a result of the failure to file such reaffirmation agreement within the time allowed under Rule 4008(a) of the Federal Rules of Bankruptcy Procedure. Counsel for the Debtors having appeared and moved to extend the time for filing the reaffirmation agreement through the date on which the agreement was filed and the court having granted the extension, the court concludes that the show cause hearing should be cancelled.

    IT IS SO ORDERED.

    This 8th day of July, 2010.

                                      */s/ William L. Stocks*
                                      WILLIAM L. STOCKS
                                      United States Bankruptcy Judge

PARTIES IN INTEREST

Ronald E. McCorkle
Linda K. McCorkle
5506 Old Noble Road
Cedar Grove, NC 27231

Edward C. Boltz, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

U.S. Bank
P.O. Box 5229
Cincinnati, OH 45201-5229